against the defendant in favor of the plaintiff for $150, and from an order denying the motion for a new trial upon the minutes of the court. The appeal is based upon the exception to the judge's charge, to the admission of improper testimony and the denial of the motion for a new trial, These cases have now become familiar and we have examined all these questions and find no error. The questions involved were questions of fact for the jury, and the verdict is supported by evidence. The judgment and order should be affirmed, with costs. Pratt, J., concurred.

The People of the State of New York, Respondent, v. Frederick Kunz, Appellant.— Per Curiam: A careful examination of the evidence in this case has failed to disclose any testimony corroborative of the complainant's story. The conviction rests upon her testimony uncorroborated by other evidence. The judgment must be reversed and a new trial had. Present — Brown, P. J., and Pratt, J.

## Third Department, February Term, 1894.

Carl F. Glocker, Respondent, v. The Spencer Optical Manufacturing Company, Appellant.— Judgment affirmed, with costs. No opinion.

Francisco Wood, Respondent, v. Town of Gilboa, Appellant.— Order affirmed, with ten dollars costs and printing and other disbursements. No opinion. Herrick, J., dissenting. No dissenting opinion.

Orrin J. David, Respondent, v. Marshall Arnold, Appellant.— Judgment affirmed, with costs. No opinion.

Cornelius A. Barnett, Respondent, v. Augustus L. McCree, Appellant.—Judgment affirmed, with costs.—

Mayham, P. J.: Upon the facts found by the learned trial judge, which seem to be supported by the evidence, we think he reached a correct conclusion, and that the judgment should be affirmed upon the opinion at Special Term. Putnam and Herrick, JJ., concurred.

Sarah F. Davenport, Appellant, v. The Pennsylvania Fire Insurance Company, Respondent.—Judgment affirmed, with costs.—

Mayham, P. J.: We think that the conclusion of the referee in this case was correct and that the judgment should be affirmed. Putnam and Herrick, JJ., concurred.

The Central National Bank of Troy, Respondent, v. The Fort Ann Woolen Company, Appellant.— Order affirmed on opinion of the court below, with ten dollars costs and printing and other disbursements. No opinion.

Stephen W. Barker, Respondent, v. The Fort Ann Woolen Company and Another, Appellants.—Order affirmed on opinion of the court below, with ten dollars costs and printing and other disbursements. No opinion.

Stephen W. Barker, Respondent, v. The Fort Ann Woolen Company and Another, Appellants.—Order affirmed on opinion of the court below, with ten dollars costs and printing and other disbursements. No opinion.

The Central National Bank of Troy, Respondent, v. The Fort Ann Woolen Company and Another, Appellants. — Order affirmed on opinion of the court below, with ten dollars costs and printing and other disbursements. No opinion.

In the Matter of the Application of John K. Pruyn for the Appointment of a Trustee for the Holders of Certain Bonds under a Mortgage Executed by the Saratoga Gas and Electric Company. Two cases —Order affirmed, with ten dollars costs and printing and other disbursements.—

Herrick, J.: After a careful review of the facts and authorities in these cases, I can see no reason for a reversal of the orders made therein and no occasion to write an opinion. The orders should be affirmed, with ten dollars costs and printing and other disbursements in each. Mayham, P. J., concurred; Putnam, J., not acting.

Nathan R. Curtis, Respondent, v. The Delaware and Hudson Canal Company, Appellant.— Judgment affirmed, with costs. No opinion. Mayham, P. J., dissenting.

## First Department, February Term, 1894.

Eugene Smith, as Executor, etc., Respondent, v. Frederika Rentz, Appellant.—Judgment affirmed, with costs. No opinion.

In the Matter of Opening St. Nicholas Terrace: John F. Pentz and Others, Petitioners, Respondents, v. William R. Hutton and Others, Executors, Appellants.— Order reversed and the case sent back to the referee in order that an apportionment may be made, with costs to appellants to be paid out of the award.—

Per Curiam: For the reasons assigned in the opinion in the Matter of Opening St. Nicholas Terrace (Ira Shafer, Claimant), herewith decided, the order herein should be reversed and the case sent back to the referee for the purposes mentioned in that opinion, with costs to appellants to be paid out of the award. Present—Van Brunt, P. J., O'Brien and Follett, JJ.

Amelia Stuyvesant, Respondent, v. The New York Floating Dry Dock Company, Appellant.—Judgment affirmed, with costs on opinion of referee.

In the Matter of George W. Cullum.—Decree affirmed, with costs.

William C. Kibbee, Respondent, v. William R. Brixey, Appellant.— Order reversed and motion granted, without costs to either party. The amended answer tendered to be served within five days after notice of order to be entered upon this decision.

Louis Bauer, Respondent, v. John L. McCauley, Appellant.— Order affirmed, with ten dollars costs and disbursements.

John Storer, Appellant, v. David Jones Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Gustave Heye, as Surviving Executor, etc., Respondent, v. Henry M. Tilford and Others, Appellants.— Order reversed, without costs, and motion granted upon payment of ten dollars costs, and upon condition that defendant pay the costs of the action which have accrued at the time of the motion, costs to be taxed by the clerk.

Alexander Chisholm, Appellant, v. Moses P. Prout, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Samuel M. Mitchell, Respondent, v. O'Reilly, Skelly & Fogarty Company, Appellant.— Judgment and order affirmed, with costs.